MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DOAN v. BARNHART                                    Case No. 04cv2039 J(RBB)
                                                    **Time Spent: 31 mins.**

HON. RUBEN B. BROOKS    CT. DEPUTY VICKY LEE    Rptr. CD No. 1: 10:17:51-10:46:22

Attorneys

| Plaintiffs | Defendants |
|---|---|
| Alexandra Manbeck (present) | Dianne Schweiner (present) |

PROCEEDINGS:   ___ In Chambers   _x_ In Court   ___ Telephonic

A hearing was held on Plaintiffs' Motion to Compel Discovery [doc. no. 92].

For the reasons stated on the record, Plaintiffs' Motion is granted in part and denied in part. Plaintiffs' Motion is denied as moot for Interrogatory No. 14. The Motion is granted in part for First Request to Produce No. 1. Defendant shall produce a supplemental list of the 886 identified class members which provides either the date their claims were denied or the date their cases were closed. Defendant shall also produce documents responsive to Request to Produce No. 1 only for Plaintiffs whose claims were denied in 2002 and 2003. Plaintiffs' Motion is denied for the Second Set of Requests to Produce.

Defendant shall serve its supplemental discovery responses pursuant to this Order by June 14, 2007.

DATE: May 14, 2007        IT IS SO ORDERED:   _Ruben Brooks_
                                              Ruben B. Brooks,
                                              U.S. Magistrate Judge
cc: Judge Jones                         INITIALS: VL (mg/irc) Deputy
    All Parties of Record