```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF CALIFORNIA
```

DOAN v. BARNHART                              Case No. 04cv2039 J(RBB)
                                              **Time Spent: 55 mins.**
HON. RUBEN B. BROOKS   CT. DEPUTY VICKY LEE   Rptr. CD No. 1: 8:44:17-9:39:10

                              Attorneys

        Plaintiffs                              Defendants

Alexandra Manbeck                    Dianne Schweiner (present)
Quoc Minh Vuong (present)

PROCEEDINGS:    ___  In Chambers   _x_  In Court    ___  Telephonic

A continued hearing was held on Plaintiffs' Motion to Compel Discovery [doc. no. 105].

For the reasons stated on the record, the Motion is granted. Defendant shall prepare verified responses to Plaintiffs' interrogatory numbers 3, 4, and 5. The verified answers are to be served on the day Judge Jones rules on Defendant's forthcoming motion to dismiss or to remand, if Judge Jones denies the motion. Defendant's motion shall be filed no later than November 9, 2007.

Defendant's Ex Parte Application to Extend Discovery Cut-off for Depositions of Class Representatives [doc. no. 115] is denied without prejudice. Defendant's Application to Compel Depositions of Class Representatives is granted and stayed pending resolution of the forthcoming motion to dismiss. Defendant's Application to Compel Documents is denied. Defendant's request for sanctions is also denied.

DATE: October 19, 2007        IT IS SO ORDERED:  /s/ Ruben Brooks
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Jones                              INITIALS: VL (mg/irc) Deputy
     All Parties of Record